JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | ) Case No. CV 16-6711 FMO (GJSx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| SK MARKET, INC., <u>et</u> <u>al.</u>, | ) |
| Defendants. | ) |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of December, 2016.

_____
/s/
Fernando M. Olguin
United States District Judge